IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02289-WYD-KLM

DENNIS PASSONS,

    Plaintiff,

v.

PARK PLAZA CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**


    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend the Scheduling Order and Extend the Period in Which to Join Parties and Amend Pleadings** [Docket No. 18; Filed January 21, 2010] (the "Motion"). As an initial matter, the Court notes that Plaintiff's Motion fails to comply with D.C.COLO.LCivR 10.1E, because it is not double-spaced. All future pleadings which fail to comply with the Local Rules will be summarily stricken.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadline set in the Scheduling Order [Docket No. 16] is amended as follows:

•     Deadline for Joinder of Parties and Amendment of Pleadings   **February 8, 2010**

Dated: January 22, 2010