IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02289-WYD-KLM

DENNIS PASSONS,

  Plaintiff,

v.

PARK PLAZA CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,

  Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**


  This matter is before the Court on **Defendant's Unopposed Motion for Leave to Amend Answer to Add Counterclaim** [Docket No. 23; Filed February 8, 2010] (the "Motion").

  IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts for filing Defendant's Amended Answer and Counterclaim [Docket No. 23-2].  The Clerk shall file Docket No. 23-2 as a separate document entitled "Amended Answer and Counterclaim."

  IT IS FURTHER **ORDERED** that Plaintiff shall answer or otherwise respond to Defendant's Counterclaim on or before **March 2, 2010**.

Dated:  February 9, 2010