IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02289-WYD-KLM

DENNIS PASSONS,

    Plaintiff,

v.

PARK PLAZA CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Leave to Amend Complaint** [Docket No. 21; Filed February 8, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts for filing Plaintiff's Amended Complaint [Docket No. 21-2]. The Clerk shall file Docket No. 21-2 as a separate document entitled "First Amended Complaint."

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to Plaintiff's First Amended Complaint on or before **March 3, 2010**.

Dated:  February 10, 2010