IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02289-WYD-KLM

DENNIS PASSONS,

        Plaintiff,

v.

PARK PLAZA CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,

        Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

        THIS MATTER is before the Court on the Joint Stipulation for Dismissal With

Prejudice (ECF No. 32), filed July 7, 2010.  After a careful review of the file, the Court

has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be

approved and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

        ORDERED that the Joint Stipulation for Dismissal With Prejudice (ECF No. 32) is

**APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its

own attorney's fees and costs.

        Dated:  July 8, 2010

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge